JENNIFER S. CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, Montana 59807
101 E. Front St., Ste. 401
Missoula, Montana 59802
Phone: (406) 542-8851
Email: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JUN 25 2025

Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 25- \|\| -H-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE CONTROLLED SUBSTANCES (Count 1) |
| AUSTIN LEON TIMOTHY HAGMAN and MICHAEL WAYNE HAGMAN, | Title 21 U.S.C. §§ 846; 851 |
| Defendants. | (*Penalty for Austin Hagman:* <u>Methamphetamine</u>: Mandatory minimum 15 years to life imprisonment, $20,000,000 fine, and at least ten years supervised release; and <u>Fentanyl</u>: Mandatory minimum 10 years to lifetime imprisonment, $8,000,000 fine, and at least eight years supervised release) |
| | (*Penalty for Michael Hagman:* (<u>Methamphetamine</u>: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years supervised release; and <u>Fentanyl</u>: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years supervised release) |

1

|  | POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES (Count 2)<br>Title 21 U.S.C. §§ 841(a)(1); 851<br>Title 18 U.S.C. § 2<br>(*Penalty for Austin Hagman:*<br><u>Methamphetamine</u>: Mandatory minimum 15 years to life imprisonment, $20,000,000 fine, and at least 10 years supervised release; and <u>Fentanyl</u>: Mandatory minimum 10 years to lifetime imprisonment, $8,000,000 fine, and at least eight years supervised release)<br>(*Penalty for Michael Hagman:*<br><u>Methamphetamine</u>: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release; and <u>Fentanyl</u>: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years supervised release)<br><br>**CRIMINAL FORFEITURE**<br>21 U.S.C. §§ 853(a)(1) and (2)<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

COUNT 1

That beginning in November 2024, and continuing until on or about February 28, 2025, at Helena, in Lewis & Clark County, in the State and District of Montana, and elsewhere, the defendants, AUSTIN LEON TIMOTHY HAGMAN and MICHAEL WAYNE HAGMAN, knowingly and unlawfully conspired with others both known and unknown to the Grand Jury, to possess with the intent to distribute, and to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual

2

methamphetamine, a Schedule II controlled substance, and 40 grams or more of a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

Before the defendant, AUSTIN LEON TIMOTHY HAGMAN, committed the offense charged in this count, AUSTIN LEON TIMOTHY HAGMAN had a final conviction for a serious drug felony, namely, a conviction under Title 21 U.S.C. § 841(a)(1) for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 2

That beginning in November 2024, and continuing until on or about February 28, 2025, at Helena, in Lewis & Clark County, in the State and District of Montana, and elsewhere, the defendants, AUSTIN LEON TIMOTHY HAGMAN and MICHAEL WAYNE HAGMAN, knowingly and unlawfully possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and 40 grams or more of a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, and did aid and abet the same, in violation of 21 U.S.C. § 841(a)(1) and 2 U.S.C. §2.

Before the defendant, AUSTIN LEON TIMOTHY HAGMAN, committed the offense charged in this count, AUSTIN LEON TIMOTHY HAGMAN had a final conviction for a serious drug felony, namely, a conviction under Title 21 U.S.C. § 841(a)(1) for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## FORFEITURE ALLEGATION

Upon conviction of either of the offenses set forth in this indictment, the defendants, AUSTIN LEON TIMOTHY HAGMAN and MICHAEL WAYNE HAGMAN, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.
FOREPERSON

KURT G. ALME
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

4